

2003 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-21-2003

# Roberts v. Fleet Bank

Precedential or Non-Precedential: Precedential

Docket No. 01-4420

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2003

Recommended Citation

"Roberts v. Fleet Bank" (2003). *2003 Decisions.* Paper 158.
http://digitalcommons.law.villanova.edu/thirdcircuit_2003/158

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2003 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

PRECEDENTIAL

Filed October 21, 2003

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 01-4420

DENISE ROBERTS, individually and
for all others similarly situated

v.

FLEET BANK (R.I.), National Association,
A Nationally Chartered Bank; FLEET CREDIT
CARD SERVICES, L.P., A Rhode Island Limited
Partnership

DENISE ROBERTS, on behalf of herself
and all others similarly situated,
Appellant

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
District Court Judge: The Honorable John P. Fullam
(D.C. Civ. No. 00-cv-06142)

Argued September 12, 2002

Before: ALITO, FUENTES and OBERDORFER,*
*Circuit Judges*

(Opinion filed August 27, 2003)

---

*Honorable Louis F. Oberdorfer, Senior District Judge for the District of
Columbia, sitting by designation.

## ORDER AMENDING OPINION

The opinion in the above case is hereby amended as follows:

1. On page 2, list counsel who filed amicus curiae brief on behalf of: American Bankers Association, American Financial Services Association, and Consumer Bankers Association as follows:

   Mark A. Aronchick, Esquire
   Hangley Aronchick Segal & Pudlin
   1 Logan Square
   18th & Cherry Street
   27th Floor
   Philadelphia, PA 19103

2. On page 2, list counsel who filed amicus curiae brief on behalf of the Office of Comptroller of the Currency as follows:

   Horace G. Sneed, Esquire
   Office of the Comptroller of Currency
   250 East Street, S.W.
   Washington, DC 20218

/s/ Julio M. Fuentes
Circuit Judge

Dated: October 21, 2003

A True Copy:
      Teste:

*Clerk of the United States Court of Appeals
for the Third Circuit*